Submitted September 11, affirmed October 16, 2019

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ARRON MATTHEW MAGAR,
aka Aaron M. Magar, aka Arron M. Magar,
*Defendant-Appellant.*

Multnomah County Circuit Court
17CR14195;
A166635 (Control), A166645

450 P3d 585

Gregory F. Silver, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and DeVore, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Silsby*, 282 Or App 104, 386 P3d 172 (2016), *rev den*, 360 Or 752 (2017).